FILED

13 JAN -9 AM 10:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

1  Thomas E. Montgomery (Cal SBN # 109654)
   County Counsel
2  thomas.montgomery@sdcounty.ca.gov
   Deborah A. McCarthy (Cal SBN # 99062)
3  Assistant County Counsel
   deborah.mccarthy@sdcounty.ca.gov
4  **OFFICE OF THE COUNTY COUNSEL**
   1600 Pacific Highway, Room 355
5  San Diego, CA 92101
   Telephone:  (619) 531-4860
6  Facsimile:  (619) 531-6005

7  Joseph W. Cotchett (Cal SBN # 36324)
   jcotchett@cpmlegal.com
8  Nanci E. Nishimura (Cal. SBN # 152621)
   nnishimura@cpmlegal.com
9  Aron K. Liang (Cal. SBN # 228936)
   aliang@cpmlegal.com
10 Daniel R. Sterrett (Cal. SBN # 260290)
   dsterrett@cpmlegal.com
11 **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
12 840 Malcolm Road
   Burlingame, CA 94010
13 Telephone:  (650) 697-6000
   Facsimile:  (650) 697-0577
14
   *Attorneys for Plaintiff*
15
                    UNITED STATES DISTRICT COURT
16
                   SOUTHERN DISTRICT OF CALIFORNIA
17
18 COUNTY OF SAN DIEGO;              )  Case No. '13 CV 0048 H BLM
                                     )
19            Plaintiff,             )
                                     )  **NOTICE OF RELATED CASES**
20      vs.                          )
                                     )  (S. D. Cal. Local Rule 40.1(f))
21 BANK OF AMERICA                   )
   CORPORATION;                      )
22                                   )
   BANK OF AMERICA, N.A.;            )
23                                   )
   BANK OF TOKYO-MITSUBISHI UFJ      )
24 LTD.;                             )
                                     )
25 BARCLAYS BANK PLC;                )
                                     )
26 CITIGROUP, INC.;                  )
                                     )
27 CITIBANK, N.A.;                   )
                                     )
28                                   )

---

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (MDL-2262)
Case No. _____

1 | COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. (RABOBANK);  )
2 |  )
3 | CREDIT SUISSE GROUP AG;  )
4 | DEUTSCHE BANK AG;  )
5 | HSBC HOLDINGS PLC;  )
6 | HSBC BANK PLC;  )
7 | JPMORGAN CHASE & CO.;  )
8 | JPMORGAN CHASE BANK, N.A.;  )
9 | LLOYDS BANKING GROUP PLC;  )
10 | HBOS PLC;  )
11 | ROYAL BANK OF CANADA;  )
12 | THE NORINCHUKIN BANK;  )
13 | SOCIÉTÉ GÉNÉRALE, S.A.  )
14 | THE ROYAL BANK OF SCOTLAND GROUP PLC;  )
15 | UBS AG;  )
16 | WESTLB AG;  )
17 | WESTDEUTSCHE IMMOBILIENBANK AG,  )
18 |   )
19 |         Defendants.  )
20 | _____)

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS:

Pursuant to Local Rule 40.1(f) of the United States District Court for the Southern District of California, Plaintiff County of San Diego ("Plaintiff"), hereby discloses the following pending action that is related to the subject matter of the above-referenced action:

1. *In re: LIBOR-based Financial Instruments Antitrust Litigation*, MDL No. 2262, Master Docket No. 11-md-2262 (NRB), a multi-district litigation (pending in the United States District Court for the Southern District of New York, before the Honorable Naomi Reice Buchwald).

Each of the actions consolidated in the multidistrict litigation captioned *In re: LIBOR-based Financial Instruments Antitrust Litigation*, MDL No. 2262, Master Docket No. 11-md-2262 (NRB) (S.D.N.Y.), "share factual issues arising from allegations concerning defendants' participation in the British Bankers' Association (BBA) London Interbank Offered Rate (Libor) panel"[1/] The Complaint in the instant case asserts claims based on similar allegations.

Dated: January 9, 2013                **COTCHETT, PITRE & McCARTHY, LLP**

By: /s/ Nanci E. Nishimura
NANCI E. NISHIMURA
*Attorneys for Plaintiff*

---

[1] *In re: LIBOR-based Financial Instruments Antitrust Litigation*, MDL No. 2262, Master Docket No. 11-md-2262 (NRB), Docket No. 1 at 1-2.

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (MDL-2262)
Case No. _____                                                              3